AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>CECILIO RIOS-QUINONES (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:       20CR0868-CAB |

MICHELLE BETANCOURT, Federal Defenders of San Diego, Inc.
Defendant's Attorney

USM Number:    92901298

☐ –

THE DEFENDANT:

☒  pleaded guilty to count(s)    ONE (1), THREE (3), FIVE (5), SIX (6), AND SEVEN (7) OF THE SUPERSEDING INDICTMENT.

☐  was found guilty on count(s)

after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count<br>Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY | 1 |
| 8 USC 1324(a)(2)(B)(ii);<br>18 USC 2 | BRINGING IN ALIENS FOR FINANCIAL GAIN;<br>AIDING AND ABETTING | 3 |
| 8 USC 1324(a)(1)(A)(ii),<br>(v)(II), (a)(1)(B)(iv) | TRANSPORTATION OF CERTAIN ALIENS AND AIDING<br>AND ABETTING RESULTING IN DEATH. | 5, 6, 7 |

The defendant is sentenced as provided in pages 2 through        2        of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s)

☒  Count(s)  remaining in the underlying Indictment and in the Superseding Indictment  are dismissed on the motion of the United States.

☒  Assessment: $500.00 imposed ($100.00 per count).

☒  JVTA Assessment*: $5,000.00 is waived because the defendant deemed indigent.

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒  No fine         ☐  Forfeiture pursuant to order filed                                   , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.



April 2, 2021
Date of Imposition of Sentence

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | CECILIO RIOS-QUINONES (1) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 20CR0868-CAB | |

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

COUNT ONE (1): SIXTY (60) MONTHS.
COUNT THREE (3): SIXTY-SIX (66) MONTHS TO RUN CONCURRENT WITH ALL COUNTS.
COUNT FIVE (5): SIXTY-SIX (66) MONTHS TO RUN CONCURRENT WITH ALL COUNTS.
COUNT SIX (6): SIXTY-SIX (66) MONTHS TO RUN CONCURRENT WITH ALL COUNTS.
COUNT SEVEN (7): SIXTY-SIX (66) MONTHS TO RUN CONCURRENT WITH ALL COUNTS.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

   ☐ at _____ A.M.      on _____

   ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ on or before

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

20CR0868-CAB